**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Matthew D. Gardner, et al. | § § | |
| *versus* | § § | Civil Action 4:22–cv–02531 |
| LTD Financial Services, L.P. | § § | |

# ORDER STRIKING PLEADING

Pending before the Court is Motion to Dismiss – #14. The instrument is deficient for the following reason(s):

☐ The motion does not comply with the Courts Procedures section 6(E), regarding discovery and scheduling disputes.

☒ The motion does not comply with the Courts Procedures section 6(B), regarding pre-motion conferences required for particular motions.

☐ The motion does not comply with the Courts Procedures section 6(C)(2), which requires a certificate of conference for all motions.

☐ The motion does not comply with the Courts Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.

The Clerk is hereby **ORDERED** to strike the above instrument(s) from the record and notify counsel of such action.

Signed on September 7, 2022, at Houston, Texas.

_____
George C. Hanks, Jr.
United States District Judge